**Lawrence G. BRUNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51396.**

Missouri Court of Appeals,
Western District.

April 2, 1996.

█

Rose Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Kurt U. Schaefer, Asst. Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Appeal from the denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

The judgment is affirmed. Rule 84.16(b).